Michael A. Dias, SBN 183705
John C. Umscheid, SBN 249132
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:  (559) 585-7330
Facsimile:  (559) 585-7335

Attorneys for Defendant
		Jesse J. Amaral, Jr.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JESSE J. AMARAL, JR.<br><br>           Defendant.<br>_____ | Case No.  CR 14-437<br><br>**EX-PARTE APPLICATION FOR ORDER RE. PROPOSED BOND MODIFICATION AND ORDER THEREON** : ORDER |

To: THE UNITED STATES DISTRICT COURT, UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

Defendant, Jesse J. Amaral, Jr., by and through his counsel, Michael A. Dias, Dias Law Firm, Inc. hereby applies for an Order modifying his Conditions of Release to allow him to travel throughout the STATE OF CALIFORNIA for any reason.  Also, modifying his ability to communicate with Eugene Corda.

Counsel for Defendant would propose the following modification to his Conditions of Release:

> "The defendant shall be allowed to travel throughout the State of California for any reason with prior notification of Pretrial Services.  Jesse Amaral, Jr. may speak with Eugene Corda."

---

EX-PARTE APPLICATION FOR ORDER RE: PROPOSED BOND MODIFICATION; AND [PROPOSED] ORDER THEREON                                                                                                 1

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Alicia D. Wrest
Sarah M. Hacker
Jimmy J. Rodriguez

Counsel for Defendant has corresponded with both, the Assistant U.S. Attorney, Hartley M. K. West, and Carol Mendoza, Defendant's U.S. Pretrial Services Officer, both of whom have no objection to the requested modification.

Dated: April 9, 2015.                                  Respectfully submitted,

DIAS LAW FIRM, INC.

　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Dias
　　　　　　　　　　　　　　　　　　　　MICHAEL A. DIAS, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　JESSE J. AMARAL, JR.

## O R D E R

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Jesse J. Amaral, Jr.'s, Conditions of Release by modified as follows:

> "The defendant shall be allowed to travel throughout the State of California for any reason with prior notification of Pretrial services. Jesse Amaral, Jr. may speak with Eugene Corda."

DATED: April 16, 2015.                                  _____
　　　　　　　　　　　　　　　　　　　　Judge, U. S. District Court
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　Laurel Beeler

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Alicia D. Wrest
Sarah M. Hacker
Jimmy J. Rodriguez