Letter of Recommendation

Date:   May 27, 2015

To:   Judge Charles R. Breyer
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re:   Jesse J. Amaral

I am the oldest son of Jesse J. Amaral and I am writing to convey my admiration and respect for my father. Jesse J. Amaral, Babe, has always been a great father, provider and role model for me. His commitment to his family, his community and his business are inherent principles that he lived by.

Babe taught me the lesson of hard work and dedication to family from an early age. As a young boy growing up I remember, Babe working long hours tirelessly providing for his family. He would work sun up to sun down seven days a week in order to meet his business demands and family commitments.

He also valued his community and was proud of his heritage and family accomplishments. We often attended Holy Ghost Festivals in Petaluma where my Dad and Grandfather always donated cows. These were some of my favorite memories as a child. Time spent with family, cousins and friends were special and fun.

My father's principles of hard work, loyalty and commitment are his greatest achievements.  I am proud of my father and grateful for the role model he has been for me and my family.

Sincerely,

Jesse E. Amaral